## AFFIDAVIT OF MARK LOCKETT

I, Mark Lockett, having been duly sworn under oath, state as follows:

1. I am over the age of 18 and am competent to make this Affidavit.

2. The statements contained herein are true and correct.

3. I have been a citizen and resident of the State of Arizona since 2002.

4. I have not resided at 13045 North Woosman, Oro Valley, Arizona 85755 since May 2010.

5. On September 1, 2011, my residence and domicile was 1301 W. Lambert Lane Apt. 2203, Oro Valley, AZ 85737.

6. On November 29, 2011, my residence and domicile was 1301 W. Lambert Lane Apt. 2203, Oro Valley, AZ 85737.

7. I moved from 1301 W. Lambert Lane Apt. 2203, Oro Valley, AZ 85737 on or around December 1, 2011 to an apartment located at 11740 North 93rd Place, Scottsdale, Arizona 85260.

8. My last day residing at 1301 W. Lambert Lane Apt. 2203, Oro Valley, AZ 85737 was on or around December 1, 2011.

9. The apartment located at 1301 W. Lambert Lane Apt. 2203, Oro Valley, AZ 85737 was vacant after December 1, 2011.

10. Since December 1, 2011, my domicile and residence has been 11740 North 93rd Place, Scottsdale, Arizona 85260.

11. No one resided in or occupied the apartment located at 1301 W. Lambert Lane Apt. 2203, Oro Valley, AZ 85737 on December 14, 2011.



EXHIBIT A

12. On January 25, 2012, I returned to the apartment located at 1301 W. Lambert Lane Apt. 2203, Oro Valley, AZ 85737 in order to pick up some belongings.

13. January 25, 2012 was my first visit to the apartment located at 1301 W. Lambert Lane Apt. 2203, Oro Valley, AZ 85737 since December 1, 2011.

14. Prior to January 25, 2012, I had no prior knowledge of a lawsuit filed against me.

15. Upon arriving at the 1301 W. Lambert Lane Apt. 2203, Oro Valley, AZ 85737 apartment on January 25, 2012, I discovered folded-up papers with my name on them which had been stuck in the outside door. The papers included the Summons and Complaint of the lawsuit filed against me in Rio Arriba County, New Mexico, Case No. D-117-CV-2011-00573.

16. I was never personally served with the Summons and Complaint.

FURTHER AFFIANT SAYETH NOT.

_____
MARK LOCKETT

STATE OF New Mexico )
                    ) SS.
COUNTY OF Otero     )

SUBSCRIBED, SWORN TO, and ACKNOWLEDGED, Mark Lockett personally appearing before me on this 17th day of February, 2012.

_____
Notary Public

My Commission Expires:

June 7, 2014

**OFFICIAL SEAL**
**Leea F. Flores**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 6-7-14

2

Claim #
019 361 749 01 01118

STATE OF NEW MEXICO
COUNTY OF RIO ARRIBA
FIRST JUDICIAL DISTRICT COURT

VINCENT PACELY,

      Plaintiff,

v.                                                                                          No. D-117-CV-2011-00573

MARK LOCKETT,

      Defendant.

## SUMMONS

TO:  Mark Lockett
      13045 North Woosnam
      Oro Valley, A.Z. 85755

Defendants(s), Greeting:

    You are hereby directed to serve a pleading or motion in response to the Complaint within 30 days after service of the Summons, and file the same, all as provided by law.
    You are notified that, unless you so serve and file a responsive pleading or motion, the Plaintiff(s) will apply to the Court for the relief demanded in the Complaint.

Attorney or Attorneys For Plaintiff:    Jason Bowles
                                           B.J. Crow
              Address:    BOWLES & CROW
                                           Post Office Box 25186
                                           Albuquerque, New Mexico 87125-5186
                                           Telephone: (505) 217-2680

    WITNESS the Honorable Sherri A. Raphaelson, Judge of said Court of the State of New Mexico and the Seal of the District Court of said County, this December 1, 2011.



STEPHEN T. PACHECO
CLERK OF THE DISTRICT COURT

BY: _Maria Zamora_
         Deputy

**EXHIBIT B**

STATE OF NEW MEXICO  )
                     )ss.
COUNTY OF _____ )

RETURN FOR COMPLETION BY SHERIFF OR DEPUTY:
    I certify that I served the within Summons in said County on the __14TH__ day of __December__, 2011, by delivering a copy thereof, with copy of day of Complaint attached, in the following manner:

RETURN FOR COMPLETION BY OTHER PERSON MAKING SERVICE:
    I, being duly sworn, on oath, say that I am over the age of 18 years and not a party to this lawsuit, and that I served the Summons, complaint, and Jury Demand attached, in said County of the _____ day of _____, 2011, by delivering a copy thereof, with copy of Complaint attached, in the following manner:

(check one box and fill in appropriate blanks)

___ To Defendant _____ (used when Defendant receives copy of Summons, is read Summons or Complaint or refuses to receive Summons or hear reading.)

___ To _____, a person over the age of 15 years and residing at the usual place of abode of Defendant _____, who at the time of such service was absent therefrom.

___ By posting a copy of the Summons and Complaint in the most public part of the premises of Defendant _____ (used if no person found at dwelling house or usual placer of abode.)

___ To _____, an agent authorized to receive service of process for Defendant _____.

___ To _____, (parent) (guardian) of Defendant _____ (used when Defendant is a minor or an incapacitated person.)

___ To _____, _____.
name of person   title of person authorized to receive service (used when Defendant is a corporation or association subject to a suit under a common name, a land grant board to trustees, the State of New Mexico or any political subdivision.)

Fees: _____
                Signature of Private Citizen Making Service

SHERIFF OF _____                    Subscribed and sworn to before me this ____
COUNTY State of New Mexico               day of _____, 2011

_____               _____
Sheriff                                  Notary or Other Officer
                                         Authorized to Administer Oaths
By:_____
    Deputy                               _____
                                         Title

575 443 7944

FILED IN MY OFFIC.
DISTRICT COURT CLERI
11/29/2011 9:24:37 AM
STEPHEN T. PACHEC(
TAL

STATE OF NEW MEXICO
COUNTY OF RIO ARRIBA
FIRST JUDICIAL DISTRICT COURT

VINCENT PACELY,

    Plaintiff,

v.

No. D-117-CV-2011-00573

MARK LOCKETT,

    Defendant.

## COMPLAINT FOR PERSONAL INJURIES

Plaintiff Vincent Pacely, for his cause against the defendant Mark Lockett, states and alleges as follows:

### Parties

1. Plaintiff Vincent Pacely was, at all times relevant to this Complaint, a resident of Otero County, New Mexico.

2. On information and belief, Defendant Mark Lockett was, at all times relevant to this Complaint, a resident of Pima County, Arizona.

3. The acts and occurrences giving rise to this complaint occurred in Otero County, New Mexico.

4. This Court has jurisdiction over this action and the parties, and venue is proper in this district.

### General Allegations

5. On September 1, 2011, Plaintiff was riding his 2003 Honda motorcycle Eastbound on U.S. Highway 70 in Otero County, New Mexico at approximately 8:00 p.m.

6. Plaintiff is a 27 year veteran of the United States Air Force.

7. Plaintiff was employed as a F-22 crewman and was stationed at Holloman Air Force base.

8. He was riding with several other riders who were behind him.

9. Plaintiff had his headlights and taillights illuminated.

10. Plaintiff stopped and positioned his motorcycle in the median in order to wait for the other riders.

11 It was a flat area.

12. Defendant came along behind him at a high rate of speed in a white 1991 Porsche and swerved into the median striking the rear of Plaintiff's motorcycle.

13 Defendant crossed over the lane line in doing so.

14. Due to the actions and/or inactions of Defendant, Plaintiff's vehicle was totaled, and he suffered severe personal injuries including, but not limited to, losing his left leg above his knee, losing his right leg below his knee and Plaintiff was in a coma for an extended period of time.

## COUNT I-NEGLIGENCE

15. Plaintiff incorporates by reference, as if fully set forth herein, all allegations in the preceding and succeeding paragraphs.

16. At all times relevant to the allegations of this Complaint, Defendant had a duty to act as a reasonable and prudent motorist.

17. Defendant breached this duty and was negligent.

18. Defendant's negligence was a proximate cause of the collision and the

Complaint
Page 2 of 5

Plaintiff's damages.

19. Defendant's negligence includes, but is not limited to the following:

   a. In failing to keep a proper lookout;

   b. In failing to make timely application of his brakes;

   c. In failing to avoid Plaintiff;

   d. In driving too fast;

   e. In crossing into the median and striking Plaintiff's vehicle.

20. Each of the above acts and/or omissions were singularly and/or cumulatively a proximate cause of the occurrence in question and the resulting injuries and damages sustained by Plaintiff.

21. As a direct and proximate cause of Defendant's negligence, Plaintiff was severely injured.

22. As a direct and proximate result of Defendant's negligence, Plaintiff is entitled to all damages allowable under law.

## COUNT II-NEGLIGENCE PER SE

23. Plaintiff incorporates by reference, as if fully set forth herein, all allegations in the preceding and succeeding paragraphs.

24. Defendant violated several laws and/or regulations.

25. Defendant violated Statutes 66-7-301, et seq. N.M.S.A. by failing to obey the various safety protections therein: specifically, but not limited to, driving at an inappropriate speed, failing to keep a lookout, driver inattention, and failing to maintain traffic lanes.

26. These statutes are in effect in order to protect persons such as Plaintiff

Complaint
Page 3 of 5

from injuries.

27. Defendant's statutory violations directly and proximately caused Plaintiff's damages and injuries.

28. Defendant is negligent per se based on these statutory violations.

29. As a direct and proximate cause of Defendant's negligence, Plaintiff was severely injured.

30. As a direct and proximate result of Defendant's negligence, Plaintiff is entitled to all damages allowable under law.

## PUNITIVE DAMAGES

31. Plaintiff incorporates by reference, as if fully set forth herein, all allegations in the preceding and succeeding paragraphs.

32. Defendant's actions were malicious, willful, reckless, wanton, fraudulent, or in bad faith.

For the reasons set forth herein, Plaintiff prays for judgment against Defendant as follows:

1. reasonable compensation for his actual/consequential damages;
2. his costs herein;
3. pre and post-judgment interest;
4. punitive damages; and
5. any other relief the Court deems just and proper.

Wherefore, Plaintiff prays the Court for a judgment that Defendant is liable to Plaintiff for damages sufficient to compensate Plaintiff for his damages, injuries and losses; for punitive damages in accord with Defendant's conduct that was maliciously

Complaint
Page 4 of 5

intentional, fraudulent, oppressive, committed recklessly and with a wanton disregard of the plaintiff's rights; pre and post judgment interest on any such monies awarded; the costs of this litigation; and such other relief as may be deemed just.

Respectfully Submitted,

/s/ Jason Bowles
Jason Bowles
B.J. Crow
Bowles & Crow
Attorneys for Plaintiffs
Post Office Box 25186
Albuquerque, New Mexico 87125-5186
Telephone: (505) 217-2680
Facsimile: (505) 217-2681

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/29/2011 9:24:37 AM
STEPHEN T. PACHECO
TAL

STATE OF NEW MEXICO
COUNTY OF RIO ARRIBA
FIRST JUDICIAL DISTRICT COURT

VINCENT PACELY,

    Plaintiff,

v.

                                No. D-117-CV-2011-00573

MARK LOCKETT,

    Defendant.

## JURY DEMAND

Plaintiff, by and through his counsel of record, Bowles & Crow, hereby demands a six (6) person jury in the above-captioned matter. Filed with this jury demand is a check in the amount of one hundred and fifty dollars.

Respectfully Submitted,

/s/ Jason Bowles
Jason Bowles
B.J. Crow
Bowles & Crow
Attorneys for Plaintiffs
Post Office Box 25186
Albuquerque, New Mexico  87125-5186
Telephone: (505) 217-2680
Facsimile: (505) 217-2681

# New Mexico Courts
## Case Lookup

Exit

Name Search     Case Number Search     DWI Search
Case Detail

### Vincent Pacely v. Mark Lockett

#### CASE DETAIL

| CASE NUMBER | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-117-CV-201100573 | Raphaelson, Sheri A. | 11/29/2011 | TIERRA AMARILLA DISTRICT |

#### PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | LOCKETT MARK |
| P | Plaintiff | 1 | PACELY VINCENT |

#### CIVIL COMPLAINT DETAIL

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|
| 11/29/2011 | 1 | OPN: COMPLAINT | | |

| COA SEQUENCE # | COA DESCRIPTION | | |
|---|---|---|---|
| 1 | Tort: Personal Injury Auto | | |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|
| | | |

#### REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 12/01/2011 | SUMMONS ISSUED | | | | |
| | To: Mark Lockett | | | | |
| 11/29/2011 | JURY DEMAND 6 PERSON | | | | |
| | Jury Demand | | | | |
| 11/29/2011 | OPN: COMPLAINT | | | | |
| | Complaint for Personal Injuries | | | | |

#### JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQUENCE # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 11/29/2011 | Raphaelson, Sheri A. | 1 | INITIAL ASSIGNMENT |

[Return] [Print]

©2007 New Mexico Courts



EXHIBIT C

STATE OF NEW MEXICO
COUNTY OF RIO ARRIBA
FIRST JUDICIAL DISTRICT COURT

VINCENT PACELY,

      Plaintiff,

vs.                                       No. D-117-CV-2011-00573

MARK LOCKETT,

      Defendant.

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Mark Lockett, Defendant in the above-styled matter, has filed a Notice of Removal in the United States District Court for the District of New Mexico. A true and correct copy of the Notice of Removal, attached to this Notice as Exhibit "1", was mailed to:

Jason Bowles
B.J. Crow
Bowles & Crow, P.A.
P.O. Box 25186
Albuquerque, NM 87125-7530

this 17th day of February, 2012.

                                          Electronically Submitted,

                                          ALLEN, SHEPHERD, LEWIS, SYRA
                                           & CHAPMAN, P.A.

                                          /s/ Christopher P. Winters
                                          Daniel W. Lewis
                                          Christopher P. Winters
                                          Attorneys for Defendant GEICO
                                          P.O. Box 94750
                                          Albuquerque, NM  87199-4780
                                          (505) 341-0110



EXHIBIT D