IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**VINCENT PACELY,**

    **Plaintiff,**

**v.**                                                                **No. 12-cv-0152 MCA/SMV**

**MARK LOCKETT,**
**GERALD CHAMPION REGIONAL MEDICAL CENTER,**

    **Defendant.**

**<u>ORDER ADOPTING JOINT STATUS REPORT</u>**
**<u>AND PROVISIONAL DISCOVERY PLAN</u>**

THIS MATTER comes before the Court on the second Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan filed March 20, 2012 [Doc. 18], the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order filed April 3, 2012 [Doc. 23].

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**