**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**VINCENT PACELY,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　　　**No. 12-cv-0152 MCA/SMV**

**MARK LOCKETT,**
**GERALD CHAMPION REGIONAL MEDICAL CENTER,**

    **Defendants.**

### ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION REQUESTING SCHEDULING CONFERENCE

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Vacate Scheduling Order and Set for a Scheduling Conference [Doc. 48] ("Motion"). The Court, being fully advised in the premises, FINDS that the Motion is well-taken and should be granted in part and is not well-taken and should be denied in part.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Unopposed Motion to Vacate Scheduling Order and Set for a Scheduling Conference [Doc. 48] is:

**GRANTED IN PART** to the extent that it requests a new scheduling conference. A telephonic scheduling conference is hereby set for **Tuesday, July 10, 2012, at 2:00 p.m. MDT**. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. Parties shall be prepared to discuss modifying the current scheduling deadlines; and

**DENIED IN PART** to the extent that it requests that the current Scheduling Order [Doc. 25] be vacated. The current Scheduling Order [Doc. 25] remains in effect at this time.

**IT IS SO ORDERED.**

                                                      _____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**