**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**VINCENT PACELY,**

    **Plaintiff,**

**v.**                                                                        **No. 12-cv-0152 MCA/SMV**

**MARK LOCKETT,**
**GERALD CHAMPION REGIONAL MEDICAL CENTER,**

    **Defendants.**

**AMENDED ORDER SETTING SETTLEMENT CONFERENCE**

    THIS MATTER is before the Court on the follow-up Rule 16 Scheduling Conference, held on July 17, 2012. Counsel for all parties agreed to reschedule the settlement conference currently set for September 5, 2012. Order Setting Scheduling Conference [Doc. 26]. Therefore, the original Order Setting Scheduling Conference [Doc. 26] is hereby **VACATED** and the settlement conference is **RESCHEDULED** for **Monday, January 28, 2013 at 9:30 a.m.**, in the Rio Grande Courtroom, third floor, Pete V. Domenici United States Courthouse, 333 Lomas Blvd. N.W., Albuquerque, New Mexico.

    The parties or a designated representative, other than counsel of record, with full authority to resolve the case, must attend in person. Counsel who will try the case must also attend in person. Those attending the settlement conference must treat as confidential the information discussed, positions taken, and offers made by other participants in preparation for and during the conference.[1]

*See generally Hand v. Walnut Valley Sailing Club*, No. 11-3228, 2012 WL 1111137 (10th Cir. Apr.

---

[1] This does not prohibit disclosures stipulated to by the parties, necessary in proceedings to determine the existence of a binding settlement agreement, or as otherwise required by law.

2, 2012) (unpublished) (affirming dismissal of case as sanction for violating confidentiality of settlement conference).

No later than **Monday, January 14, 2013**, Plaintiff shall serve on Defendants a letter setting forth at least the following information: (a) a brief summary of the evidence and legal principles that Plaintiff asserts will allow him to establish liability; (b) a brief explanation of why damages or other relief would be warranted; (c) an itemization of the principles supporting those damages; and (d) a settlement demand.  No later than **Friday, January 18, 2013**, Defendants shall serve on Plaintiff a letter that sets forth at least the following information: (a) any points in Plaintiff's letter with which the defense agrees; (b) any points in Plaintiff's letter with which the defense disagrees, with references to supporting evidence and legal principles; and (c) a counteroffer.[2]  If a release is contemplated, defense counsel shall include a proposed form of release with the letter.  Each of these letters typically should be five pages or fewer, and counsel must ensure that each party reads the opposing party's letter(s) before the Settlement Conference.  If the case does not settle, Plaintiff shall provide copies of these letters to the Court no later than **5:00 p.m. on Tuesday, January 22, 2013.**

No later than **5:00 p.m. on Tuesday, January 22, 2013**, each party must provide the Court, in confidence, a concise position statement (typically no more than ten pages) containing an analysis of the strengths and weaknesses of its case.  Position statements must be submitted to the Court by e-mail at **VidmarChambers@nmcourt.fed.us**.

Furthermore, if any party has in its possession any video or audio recording of the incident

---

[2] If the parties have engaged in settlement negotiations, Plaintiff's demand should be lower than Plaintiff's most recent demand, and Defendants' counteroffers should be higher than Defendants' most recent counteroffers.

upon which this action is based, that party must submit a copy of the recording to the Court no later than **5:00 p.m. on Tuesday, January 22, 2013**.

The Settlement Conference will not be vacated or rescheduled except upon motion and for good cause shown.  Any motion to vacate or reschedule the Settlement Conference shall provide the Court with sufficient notice to ensure that other matters may be scheduled in the time allotted for the Settlement Conference.

    **IT IS THEREFORE ORDERED** as follows:

| | |
|---|---|
| **Plaintiff's letter and settlement demand due to Defendants:** | Monday, January 14, 2013 |
| **Defendants' letters and counteroffers due to Plaintiff:** | Friday, January 18, 2013 |
| **Plaintiff provides copies of settlement letters to the Court by:** | Tuesday, January 22, 2013 by 5:00 p.m. |
| **Parties' confidential position statements due to the Court:** | Tuesday, January 22, 2013 by 5:00 p.m. |
| **Settlement Conference:** | Monday, January 28, 2013 at 9:30 a.m. |

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**