IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**VINCENT PACELY,**

    **Plaintiff**

v.                                              No. 12-cv-152 MCA/SMV

**MARK D. LOCKETT,**
**and GERALD CHAMPION**
**REGIONAL MEDICAL CENTER,**

    **Defendants.**

## ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINE AND VACATE SETTLEMENT CONFERENCE

THIS MATTER is before the Court on Plaintiff's Joint Motion to Extend Discovery Deadline and to Vacate Settlement Conference [Doc. 75], filed on December 6, 2012. The Court, being advised that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Joint Motion to Extend Discovery Deadline and to Vacate Settlement Conference [Doc. 75] is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Court's Amended Scheduling Order [Doc. 56] is amended to reflect the following changes only:

1) Discovery shall terminate on **May 1, 2013**.

2) Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **May 22, 2013**.

3) Pretrial motions, other than discovery motions, shall be filed with the Court and served on opposing parties by **May 31, 2013**.

Any other changes to the Amended Scheduling Order must be upon order of the Court for good cause shown.

**IT IS FURTHER ORDERED** that the settlement conference scheduled for January 28, 2013, is hereby **VACATED**.  The settlement conference will be scheduled at a later date.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**