IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VINCENT PACELY,

    Plaintiff

v.                                                                     No. 12-cv-152 MCA/SMV

MARK D. LOCKETT,
and GERALD CHAMPION
REGIONAL MEDICAL CENTER,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     Thursday, April 25, 2013, at 2:00 p.m.

**Matter to be heard**:   Scheduling a settlement conference.

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for **Thursday, April 25, 2013,** at **2:00 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. Parties shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference. Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                                 **STEPHAN M. VIDMAR**
                                                                  **United States Magistrate Judge**