IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VINCENT PACELY,

    Plaintiff

v.                                      No. 12-cv-0152 MCA/SMV

MARK D. LOCKETT,
and GERALD CHAMPION
REGIONAL MEDICAL CENTER,

    Defendants.

## ORDER RESETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER is before the Court on a joint telephonic request of the parties to reschedule the telephonic status conference set in the Court's Order Setting Telephonic Status Conference [Doc. 77].

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court's Order Setting Telephonic Status Conference [Doc. 77] and the related status conference are **VACATED**.

**IT IS FURTHER ORDERED** that a telephonic status conference is set for **10:30 a.m., February 8, 2013**. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**