IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**VINCENT PACELY,**

    **Plaintiff**

v.                                                         No. 12-cv-0152 MCA/SMV

**MARK D. LOCKETT,**
**and GERALD CHAMPION**
**REGIONAL MEDICAL CENTER,**

    **Defendants.**

### ORDER SETTING TELEPHONIC HEARING

**Date and time**:     April 17, 2013, at 2:00 p.m.

**Matter to be heard**:   Defendant Gerald Champion Regional Medical Center's Motion to Compel Complete Answers to Requests for Admission and Interrogatories [Doc. 80]

**IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic hearing is hereby set for **April 17, 2013, at 2:00 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The Meet Me Line accepts no more than five incoming telephone lines at a time.  It is counsel's responsibility to coordinate with each other to ensure that no more than five incoming telephone lines are utilized.