IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

VINCENT PACELY,

    **Plaintiff**

vs.                                                             No. 2012-CV-152 MCA/SMV

MARK D. LOCKETT,
and GERALD CHAMPION
REGIONAL MEDICAL CENTER,

    **Defendants.**

## ORDER ON GERALD CHAMPION REGIONAL MEDICAL CENTER'S MOTION TO COMPEL

THIS MATTER came before the Court pursuant to Gerald Champion Regional Medical Center's Motion to Compel. The Court, having read the briefs, and having issued a Tentative Ruling on March 4, hereby finds that the parties have accepted the Tentative Ruling.

    1. The Motion to Compel is denied as to the requests for admissions, with the understanding that the requests are deemed denied.

    2. The Motion to Compel is granted in part and denied in part as to Interrogatories 5, 6, 8 and 26. Plaintiff is ordered to serve full and complete supplemental answers to the Interrogatories, indicating "witnesses who have knowledge of" the facts in question, but is not required to identify "witnesses who will testify".

    IT IS SO ORDERED.

                                                            Hon. Stephan M. Vidmar
                                                            United States Magistrate Judge

Submitted and approved:

Butt, Thornton & Baehr, P.C.

/s/ W. Ann Maggiore
W. Ann Maggiore
P.O. Box 3170
Albuquerque, NM 87190
(505) 884-0777
(505) 889-8870 fax
wamaggiore@btblaw.com

_____
Jason Bowles
Bowles Law Firm
P.O. Box 25186
Albuquerque, NM 87125-5186
505-217-2680
505-217-2681 fax
jason@bowles-lawfirm.com

or

/s/ B. J. Crow *Approved 3/29/13*
B. J. Crow
Crow Law Firm
400 N Pennsylvania Ave, Ste: 1150
Roswell, NM 88201
575-291-0200
575-291-0201 fax
bj@crow-law-firm.com

/s/ Daniel Lewis   *Approved 3/29/13*
Daniel Lewis
Christopher Winters
Allen, Shepherd, Lewis Syra & Chapman PC
PO Box 94750
Albuquerque, NM 87199-4750
505-341-0110
505-341-3434
dlewis@allenlawnm.com
cwinters@allenlawnm.com